

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CARY LEE PETERSON,

        Plaintiff,

v.                                                                       Civil Action No. 19-3662 (UNA)

FOSTER GARVEY P.C., *et al.*,

        Defendants.

**ORDER**

The Court hereby advises the plaintiff that federal law, effective April 9, 2006, requires a plaintiff in a civil action to pay a filing fee of $350.00. In order for the Court to consider the plaintiff's application to proceed without prepayment of fees, the plaintiff must provide the Court with <u>a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined</u>. 28 U.S.C. § 1915(a)(2). After submission of the trust fund information, the Court will determine the plaintiff's ability to pay the entire amount in one payment. If the Court determines that the plaintiff does not have sufficient funds to pay the filing fee at one time, the Court will assess an initial partial filing fee. After payment of the initial partial filing fee, monthly payments of 20 percent of the deposits made to the plaintiff's trust fund account during the preceding month will be forwarded to the clerk of the Court each time the account balance exceeds $10.00. Payments will continue until the filing fee is paid.

Accordingly, it is hereby

ORDERED that, within thirty (30) days of this Order, the plaintiff shall provide the information described above. Failure to comply with this Order will result in dismissal of this action.

SO ORDERED.

DATE: December 17, 2019

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge