UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARY LEE PETERSON,                )
                                  )
            Plaintiff,            )
                                  )
     v.                           )   Civil Action No. 1:19-cv-03662 (UNA)
                                  )
FOSTER GARVEY P.C., *et al.*,     )
                                  )
            Defendants.           )

FILED
AUG 30 2021
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## ORDER

Plaintiff initiated this matter on December 2, 2019, by filing a *pro se* complaint and application for leave to proceed *in forma pauperis* ("IFP"). On January 30, 2020, the court reviewed the complaint and found it failed to adhere to several Local and Federal Rules of Civil Procedure. S*ee* Ord., ECF No. 7. The court noted that plaintiff had also failed to submit his financial information pursuant to 28 U.S.C. § 1915(a)(2). *See id*. Therefore, the court provided plaintiff with 30 days to file: (1) a certified copy of his trust fund account statement for the six-month period preceding the filing of his complaint, and (2) an amended complaint properly naming all parties, providing an address for each party, and including all the claims the plaintiff intended to bring, all in a single document. In addition, plaintiff was notified that the amended complaint must fully comply with Federal Rules of Civil Procedure 8, 9, 10, and 11, and Local Civil Rule 5.1. Plaintiff was warned that failure to comply with the order would result in dismissal of this matter without prejudice. *See id*.

1

Plaintiff then filed a notice of interlocutory appeal, ECF No. 9, on February 25, 2020. The United States Court of Appeals for the District of Columbia Circuit dismissed the appeal for failure to prosecute on May 18, 2021. *See* USCA Mandate, ECF No. 16.

While plaintiff filed a certified six-month financial trust fund statement, ECF No. 8, prior to noting the interlocutory appeal, he has not, to date, filed an amended complaint as required by court order. Accordingly, it is hereby

**ORDERED** that the application for leave to proceed IFP, ECF No. 2, is **GRANTED**, and it is further

**ORDERED** that the complaint, ECF No. 1, and this case, are hereby **DISMISSED** without prejudice, and it is further

**ORDERED** that the motion to convene three judge court, ECF No. 3, is **DENIED** as moot.

**SO ORDERED.**

                                                             _____s/_____
                                                            EMMET G. SULLIVAN

Date: August 30, 2021                                   United States District Judge